But it is here that I think that I should open this article.